## WALKER v. SO. RY. CO.

(Decided June 17, 1913.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

C. L. KELLY, and L. R. WILSON, for appellant.   C. K. ABRAHAMS, HENRY MCDANIEL, and PETTUS, FULLER & LAPSLEY, for appellee.

Per curiam.   Appeal dismissed by agreement.

---

## WES. RY. OF ALA. v. MCGRAW.

(Decided May 15, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

GEORGE P. HARRISON, for appellant.   BARNES & DENSON, for appellee.

Per curiam.   Appeal dismissed.

---

## EX PARTE WES. UNION TEL. CO.

(Decided May 27, 1913.)

CERTIORARI to Court of Appeals.

CAMPBELL & JOHNSTON, for appellant.   No counsel marked for appellee.

Per curiam.   Certiorari denied.

---

## WHITTEN v. THE STATE.

(Decided June 5, 1913.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.